UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MADIHA MINER,

                Plaintiff,

   v.

KING COUNTY HOUSING AUTHORITY,

                Defendant.

CASE NO. C19-0822-JLR

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 1) is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). *See also Miner v. Issaquah Police Dep't*, C19-849-JLR; *Miner v. King County Hous. Auth.*, C19-848-JLR; *Miner v. King County Superior Court*, C19-847-JLR; *Miner v. Culjat*, 19-846-JLR; *Miner v. Issaquah Police Dep't*, C19-823-RAJ; *Miner v. SSA*, C19-821-JLR; and *Miner v. SSA*, C19-505-JCC. The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 5th day of June, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING IFP APPLICATION
PAGE - 1