UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MADIHA MINER,<br><br>                Plaintiff,<br><br>    v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>                Defendant. | CASE NO. C19-0821JLR<br><br>MINUTE ORDER CONSOLIDATING CASES |
| MADIHA MINER,<br><br>                Plaintiff,<br><br>    v.<br><br>KING COUNTY HOUSING AUTHORITY SECTION 8,<br><br>                Defendant. | CASE NO. C19-0822JLR |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The above-captioned cases are hereby consolidated. All future pleadings related to either of the above entitled matters shall bear the consolidated caption of this order and shall be filed solely in case number C19-0821JLR.

Filed and entered this 9th day of July, 2019.

    WILLIAM M. MCCOOL
Clerk of Court

    s/Ashliegh Drecktrah
Deputy Clerk